IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KENNETH J. TAGGART | : | CIVIL ACTION |
|     Plaintiff | : | |
| v. | : | |
| | : | |
| COUNTY OF MONTGOMERY, et al. | : | NO. 12-CV-1913 |
|     Defendants | : | |

## **ORDER**

AND NOW, this 3rd day of January, 2013, upon consideration of plaintiff's "Renewed/Amended Motion to Withdraw Complaint without Prejudice" (Dkt. 23) and the response filed by the County of Montgomery and Prothonotary of Montgomery County (Dkt. 24), I HEREBY NOTE that this action against the County Defendants is DISMISSED WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(1) and the Clerk of Court is directed to enter the dismissal on the docket.

BY THE COURT:

/s/ J. William Ditter, Jr.
J. WILLIAM DITTER, JR., J.