IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KENNETH J. TAGGART | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| | : | |
| COUNTY OF MONTGOMERY, et al. | : | NO. 12-CV-1913 |
| Defendants | : | |

## ORDER

AND NOW, this 3rd day of January, 2013, IT IS HEREBY ORDERED that this action against Mortgage Electronic Registration Systems Incorporated & MERSCORP ("MERS") is DISMISSED WITHOUT PREJUDICE for plaintiff's failure to make service in accordance with Rule 4(m) of the Federal Rules of Civil Procedure.[1]

If, within 10 days of this order, plaintiff files a certificate of service as to defendant MERS, this dismissal will be vacated.

BY THE COURT:

/s/ J. William Ditter, Jr.
J. WILLIAM DITTER, JR., J.

---

[1] Plaintiff has failed to provide this court with proof of service and MERS has not filed any responsive pleadings in this matter. Absent proof of service and because more than 120 days have passed since plaintiff filed his amended complaint, I am dismissing the action against MERS without prejudice.